IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BETTY D.,

          Plaintiff,

v.                                                CIVIL ACTION NO.   3:22-0258

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

          Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Plaintiff's request for remand (ECF No. 8), grant Defendant's request to affirm the decision of the Acting Commissioner (ECF No. 11), affirm the final decision of the Acting Commissioner, and dismiss this matter from the Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's request for remand (ECF No. 8), **GRANTS** Defendant's request to affirm the decision of the Acting Commissioner (ECF No. 11), **AFFIRMS** the final decision of the Acting Commissioner, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:      March 17, 2023

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE